No. State 209. STURDEVANT, Plaintiff in error, v. STATE, Defendant in error.

(Also reported in 217 N. W. 2d 98.)

ERROR to review an order entered August 20, 1973, and a judgment entered December 13, 1973, of the county court of Shawano-Menominee counties, Menominee Division: MICHAEL EBERLEIN, Judge.

Criminal law. Attempted aggravated battery. Trial court's inadvertent reference to charge as attempted aggravated assault. Defendant not misled nor prejudiced.

The cause was submitted for the plaintiff in error on the brief of *Howard B. Eisenberg,* state public defender, and *Richard M. Sals,* assistant state public defender, and for the defendant in error on the brief of *Robert W. Warren,* attorney general, and *Robert D. Martinson,* assistant attorney general.

Order and judgment affirmed.